# Advanced AMERICAN Style, INC.
## 252 West 38th Street, Suite #802, New York, NY 10018

May 11th 2018

*Via Federal Express & Messenger*

The Honorable James L. Cott, U.S.M.J.
United States District Court, S.D.N.Y.
Daniel Patrick Moynihan
United States Courthouse
Courtroom: 21D
500 Pearl Street
New York, NY 1007-1312



RECEIVED MAY 14 2018 CHAMBERS OF JAMES L. COTT U.S.M.J.

*Re: Jered Friedland v. Advanced American Style Inc., d/b/a b michael AMERICA*
*17-CV-01259 (JLC)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/18

Dear Judge L. Cott:

In response to the plaintiff request for a judgement against us for default in our settlement agreement with payments scheduled to begin on April 2nd 2018. We were unable to make timely payments based on the dire financial positon of the business and ourselves personally. For the record we no longer have legal representation in this matter. At the time of the settlement agreement we were in talks with a potential investor to scale our MACY'S business these talks fell apart based on the current disruption by AMAZON of the retail fashion industry leading to our exit of MACY'S our primary revenue source.

B Michael and I have been entrepreneurs for a very long time it has been extremely challenging for us as black entrepreneurs raising capital in the retail apparel industry. The conversation on capital access for black entrepreneurs, women and men has been going on for decades but one we continue to have.

The apparel industry has been decimated creating a ripple effect across the industry our business is at the stage of insolvency it is critical that we raise the

capital needed to sustain our business before the end of May. We are continuing the capital conversation aggressively with potential new investor partners for long term sustainability but this will take additional time we did not plan for.

We are fully aware of the outstanding settlement agreement and want to fulfil our commitment. We are requesting that the monthly payments be adjusted to a more manageable amount we can commit to at this stage, two thousand dollars **($2,000.00)** per month starting with a payment on May 21st 2018, until we secure the capital needed, we can then revert to the original executed settlement agreement dated March 12th 2018

We thank you and the court for your consideration to this matter.

Sincerely Yours,

*[signature]*

Mark Anthony Edwards

Co-Founder and CEO

Advanced American Style Inc., dba b michael America

CC:     **Bennitta L. Joseph, Esq.**

       **Joseph & Norinsberg, LLC**

       **225 Broadway, Suite 2700**

       **New York, NY 10007**