USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/13/2018____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JERED FRIEDLAND,                                :
                                                :
              Plaintiff,                      :
                                                :   **ORDER**
        - against -                            :
                                                :   17-CV-01259 (JLC)
ADVANCED AMERICAN STYLE INC., *et al.*,         :
                                                :
             Defendants.                     :
---------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

By notice of consent dated February 15, 2018, the parties in this wage-and-hour case consented to my jurisdiction for all purposes under 28 U.S.C. § 636(c) (Dkt. No. 62). On May 16, 2018, I issued an order granting Plaintiff Jered Friedland's request that judgment be entered against Defendants Advanced American Style, Inc. (d/b/a b Michael America), Michael Anthony Brown, and Mark-Anthony Edwards (collectively, "Defendants") due to their default under the parties' settlement agreement (Dkt. No. 68). In the May 16 order, I also directed Defendants' counsel of record—Philip A. Goldstein of McGuireWoods LLP—to inform the Court whether he continued to represent Defendants in this case and, if he no longer represented Defendants, to file a formal application requesting to withdraw his representation (*id.*). On May 21, 2018, Mr. Goldstein moved to withdraw as counsel for Defendants under Rule 1.4 of the Southern District's Local Civil Rules (Dkt. Nos. 71-73). Mr. Goldstein seeks to withdraw on the grounds of, *inter alia*, irreconcilable differences with, and failure to cooperate by, Defendants, as well as failure by Defendants to pay his firm's invoices (Dkt. No. 73, ¶ 27).

Defendants have not opposed Mr. Goldstein's motion to withdraw. In fact, by letter dated May 11, 2018, Defendants have stated that they "no longer have legal representation in this matter" (Dkt. No. 69 at 1).

Accordingly, in the absence of opposition by Defendants, and Mr. Goldstein having provided satisfactory reasons for his withdrawal in this case, Mr. Goldstein's motion to withdraw as Defendants' counsel of record is hereby **granted**.

The Clerk is respectfully directed to close docket number 71 and mark it as granted.

**SO ORDERED.**

Dated: New York, New York
June 13, 2018

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been mailed to:**

Advanced American Style, Inc.
Attention: Mark Anthony Edwards
252 West 38th Street, Suite 802
New York, NY 10018