USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 2 0 2018

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JERED FRIEDLAND

(List the full name(s) of the plaintiff(s)/petitioner(s).)

17 cv01259 JLC ( )

-against-

**NOTICE OF APPEAL**

Advanced American Style, Inc

Michael Anthony Brown, Mark Anthony Edwards

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Advanced AMERICAN STYLE, Inc

dba/ bMichael/ AMERICA, Michael Anthony Brown, Mark Anthony Edward

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the    ☑ judgment    ☐ order    entered on:    MAY 16, 2018

(date that judgment or order was entered on docket)

that:

_____

(If the appeal is from an order, provide a brief description above of the decision in the order.)

June 16, 2018                          Mark Rowman, Michael Brown
Dated                                       Signature

Michael A. Brown,    Mark Anthony Edwards
Name (Last, First, MI)

252 W 38th St #802    NYC    NY    10018
Address                          City          State          Zip Code

800-446-4557                     info @ bmichaelamerica.com
Telephone Number                 E-mail Address (if available)

---

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  5/16/18
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

JERED FRIEDLAND,
                          Plaintiff,

                -against-                                    17 **CIVIL** 1259 (JLC)

                                                            **JUDGMENT**

ADVANCED AMERICAN STYLE INC., et al.,
                          Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated May 16, 2018, judgment is entered in favor of Plaintiff and

against all Defendants in the amount of $109,375.00 plus a penalty in the amount of twenty

percent (20%) for a total of $131,250.00 pursuant to the parties' settlement agreement.

**Dated:** New York, New York
       May 16, 2018

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                                        **BY:**
                                                    _fmango_
                                                    **Deputy Clerk**

```
Court Name: District Court
Division: 1
Receipt Number: 465401212081
Cashier ID: Jkramer
Transaction Date: 06/21/2018
Payer Name: ADVANCED AMERICAN STYLE INC
---------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: ADVANCED AMERICAN STYLE INC
 Amount:       $505.00
---------------------------------------
CHECK
 Check/Money Order Num: 076
 Amt Tendered: $505.00
---------------------------------------
Total Due:     $505.00
Total Tendered: $505.00
Change Amt:    $0.00

17CV001259(JLC)
```

USM5w
SDNY

FAOH!
Advanced American Style, INc
252 W 38th St
# 802
NYC, NY 10018

THE HONORABLE JAMES L. COTT, U.S.M.J.

UNITED STATES DISTRIC COURT, S.D.N.Y.

DANIEL PATRICK Moynihan
UNITED STATES COURTHOUSE

500 PEARL St.
COURTROON 21D

New York, NY 10007 - 1312

Tel # 212. 805-0250